864

No. 95–55.  TAYLOR *v.* CUMMINS ATLANTIC, INC.  C. A. 4th Cir.  Certiorari denied.

No. 95–58.  COHEN *v.* UNITED STATES; and
No. 95–93.  SMITH *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–59.  ZEBULON ENTERPRISES, INC., ET AL. *v.* ILLINOIS. App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 95–61.  PETITO *v.* PIFFATH, ADMINISTRATRIX OF THE ESTATE OF PIFFATH, DECEASED.  Ct. App. N. Y.  Certiorari denied.

No. 95–62.  DYNAMIC CONSTRUCTION CO. ET AL. *v.* INSURANCE COMPANY OF NORTH AMERICA.  C. A. 6th Cir.  Certiorari denied.

No. 95–65.  HOOPER ET AL. *v.* PERRINO ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–66.  LINCOLN NATIONAL LIFE INSURANCE CO. ET AL. *v.* HARDESTER ET UX.  C. A. 4th Cir.  Certiorari denied.

No. 95–67.  FORD LIFE INSURANCE CO. *v.* MILLER, ADMINISTRATRIX FOR THE ESTATE OF MILLER.  Sup. Ct. Ala.  Certiorari denied.

No. 95–68.  BORELLI MCNEIL ET AL. *v.* OKLAHOMA CITY URBAN RENEWAL AUTHORITY ET AL.  Ct. App. Okla.  Certiorari denied.

No. 95–70.  COLUMBIA STEEL FABRICATORS, INC., ET AL. *v.* AHLSTROM RECOVERY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–71.  CHRISTUNAS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–76.  FAIRCHILD, DBA FAIRCHILD WASTE CONTROL *v.* BUENA VISTA CHARTER TOWNSHIP ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–77.  BOTCHIE *v.* O'DOWD, SHERIFF, CHARLESTON COUNTY, ET AL.  Sup. Ct. S. C.  Certiorari denied.